**Opinion issued December 12, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00745-CV

———————————

**KIMBERLY ANNE NASH, Appellant**

**V.**

**CLINTON WAYNE NASH, Appellee**

---

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Case No. 2013-30422

---

## MEMORANDUM OPINION

Appellant, Kimberly Anne Nash, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Appellant was sent notices of failure to pay fees on September 20, 2013 and October 1, 2013. Appellant was further notified of possible dismissal on November 12, 2013 for failure to pay fees, and did not respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.